Nicholas A Carlin (SBN 112532)
Conor H. Kennedy (SBN 281793)
**PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
San Francisco, CA 94129
Tel: (415) 398-0900
Fax: (415) 398-0911
nac@phillaw.com
chk@phillaw.com

Attorney for Plaintiff Jonathan D. Rubin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN D. RUBIN, individually and on behalf of those similarly situation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE HONEST COMPANY, INC.,<br><br>　　　　　Defendant. | Case No:   3:15-cv-04036-EDL<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CHANGING BRIEFING SCHEDULE**<br>AS MODIFIED<br><br>Complaint Filed:  September 3, 2015<br>Trial Date:　　　Not Set |

---

**Order Changing Briefing Schedule on MTD - 3:15-cv-04036-EDL**

Having reviewed and considered the Stipulated Request for an Order Changing the Briefing Schedule by and between Plaintiff Jonathan D. Rubin and Defendant The Honest Company, Inc. for Plaintiff's motion to dismiss the Complaint under Federal Rule 9(b) and Rule 12(b)(6), and the accompanying declaration of Nicholas A. Carlin in support thereof, and for good cause shown, the Court **GRANTS** the Motion and orders as follows:

Plaintiff's deadline to oppose Honest's Motion to Dismiss shall be extended to and inclusive of Thursday, December 10, 2015.

Defendant's deadline to file a reply in support of Honest's Motion to Dismiss shall be extended to and inclusive of Tuesday, January 19, 2016.

The hearing on Honest's Motion to Dismiss shall be continued to Tuesday, February 9, 2016.

**IT IS SO ORDERED.**

Dated: November 16, 2015

*Hon. Elizabeth D. Laporte*
United States Magistrate Judge